of enforcement authority to the EEOC through appropriations and other statutes validly passed. These matters are appropriate for resolution by this Court.

No. 83–1700. BLUM ET AL. *v.* ROSEWELL, TREASURER OF COOK COUNTY, ILLINOIS. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.

No. 83–1711. ALBRECHT, INC., ET AL. *v.* VILLAGE OF HUDSON. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.

No. 83–6591. PERSHE *v.* IRIZARRY ET AL. Appeal from Super. Ct. P. R. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–707. ABERDEEN & ROCKFISH RAILROAD CO. ET AL. *v.* UNITED STATES ET AL.; and

No. 82–804. NATIONAL MOTOR FREIGHT TRAFFIC ASSN., INC. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *ICC* v. *American Trucking Assns., Inc., ante,* p. 354. Reported below: 682 F. 2d 1092.

No. D–412. IN RE DISBARMENT OF SPITZNAGEL. Disbarment entered. [For earlier order herein, see 465 U. S. 1096.]

No. D–418. IN RE DISBARMENT OF ANDERSON. Disbarment entered. [For earlier order herein, see 466 U. S. 934.]

No. D–435. IN RE DISBARMENT OF MANN. It is ordered that William Davis Mann, of Akron, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–436. IN RE DISBARMENT OF HOWARD. It is ordered that Charles P. Howard, Jr., of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, return-